**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BROTHERS KEEPER MINISTRIES, <br><br>　　　　　　　　　　Plaintiff, <br><br>v. <br><br>UNITED STATES OF AMERICA, <br><br>　　　　　　　　　　Defendant. | Case No.:  24cv1683 DMS <br><br> **ORDER DISMISSING CASE** |

　　　Plaintiff Brothers Keeper Ministries filed this suit to contest the validity of the United States' assessments and tax liens against it.  (ECF No. 1.)  In October 2024 the Court issued an order to show cause why the case should not be dismissed.  (ECF No. 6) (noting that only natural persons can proceed pro se and that Plaintiff is not represented by an attorney).  For the reasons below the Court will dismiss Plaintiff's complaint with prejudice.

　　　The Court lacks subject matter jurisdiction over this matter.  *See* 26 U.S.C. § 7421(a). Section 7421, also known as the Anti-Injunction Act, prohibits suits that attempt to restrain the IRS's tax assessment and collection activities.  *Gilbert v. United States*, 998 F.3d 410, 414 (9th Cir. 2021).  Subject to limited exceptions that do not apply here, district courts "must dismiss for lack of subject matter jurisdiction any suit that does not fall within one of the exceptions to the Act."  *Elias v. Connett*, 908 F.2d 521, 523, 525 (9th Cir. 1990).

Here, the complaint asks the Court to void "the Defendant's illegal/unlawful assessments/tax liens." (ECF No. 1.) Such a suit plainly seeks to retrain the assessment and collection of taxes. *See Gilbert*, 998 F.3d at 414. Therefore, the Court lacks subject matter jurisdiction and must dismiss this case. *Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 583 (1999) (courts have obligation to sua sponte dismiss for lack of subject matter jurisdiction); Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss the action if subject matter jurisdiction is lacking).

There may be other reasons why this case should be dismissed. But because the Court lacks jurisdiction, "it can proceed no further and must dismiss the case on that account." *Sinochem Int'l Co. v. Malaysia Int'l Shipping Corp.*, 549 U.S. 422, 434 (2007). Therefore, the Complaint is **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

Dated: January 17, 2025

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court